FILED
HARRISBURG, PA
JUN 06 2024
PER
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania

Erica rose Vought
   v.   Plaintiff

Chris Brighton
     defendant

No. 3:22-CV-1448

Magistrate judge Schwab

Plaintiff Erica rose Vought, hereby submit this motion to The, The honorable Court: Follow up brief To Defendant Shamus Kelleher's Motion for Summary Judgement.

### undisputed facts

1. True on 9/16/22 Plaintiff Filed a 1983 Suit.

2. True plaintiff was a inmate at The Pike County Correctional Facility.

3. True There were Several defendants at The start of the claim.

4. True Defendant filed motion to dismiss

5. True Plaintiffs fourth Amendment Claim against defendant Kelleher based on his entry into her home without a warrant remained.

6. True since, plaintiff has been transferred to SCI-Muncy and waiting an appeal.

7. True That was The charges

8. No response is required A Appeal has been filed on A PCRA petition.

9. True That was The Sentencing range.

10. True Defendant Kelleher was the Trooper involved in The case, and investigation.

11. True defendant came To plaintiffs home.

12. Denies defendant interacted with Plaintiffs minor child first.

13. True Plaintiff Does Report Kelleher coming into her home illegally without a Search Warrant and Confiscated her phone.

Via usmail

office of attorney General
15th Floor strawberry Square
Harrisburg PA 17120

respectfully submitted
Erica Vought
6-2-24
Christine C. Einerson

United States District Court
Middle District of Pennsylvania

Erica rose Vought  
    v  Plaintiff  
Chrisbright  
    defendant

No: 3:22-CV-1448

(magistrate Judge Schwab)

Certificate of Service

I Erica rose Vought hereby Certify that on 6-2-24 I Caused To be Served a True and Correct Copy of the Forgoing document titled: Motion For Summary Judgement Undisputed facts Follow up Brief

Via US mail

x Erica Vought  
6-2-24

Office of attorney General  
15th Floor Strawberry Square  
Harrisburg PA 17120

Christine C. Emerson

Smart Communications/PADOC
SCI-MUNCY
Name Erica Vought
Number PE6795
PO Box 33028
St Petersburg FL 33733

INMATE MAIL - PA
DEPT OF CORRECTIONS

US POSTAGE Pitney Bowes
ZIP 17756 $000.64
02 7W
0008033413 JUN 03 2024

RECEIVED
HARRISBURG, PA
JUN 06 2024
PER _____
DEPUTY CLERK

Magistrate Judge Schwab
U.S District Court
Sylvia H. Rambo U.S Courthouse
1501 North 6th Street Suite 101
Harrisburg, PA 17102