United States District Court
Middle District of Pennsylvania

FILED
HARRISBURG, PA
JUN 06 2024
PER _____
DEPUTY CLERK

Erica rose Vought
   v. Plaintiff
Chris brighton
   defendant

No. 3:22-CV-1448

Magistrate Judge Schwab

I Erica rose Vought hereby Submit to the following Court: Follow up Brief for Summary Judgement.

Erica rose Vought Prose Counsel Submit in this Brief Some factual Dispute to Kelleher's Brief and why Judgement should be in the plaintiffs favor

On August 19, 2019 The Defendant Traveled To The plaintiff looking for a suspect who he knew then Did not reside There. The defendant Then learning on August 19, 2019 He Needed Evidence From Plaintiffs residence Should have accessed a warrant. Nor Did The Plaintiff Give him access to residence. like he stated he Traveled there "he states" to look for a Suspect. There was No reason None To Search Plaintiffs Home. While states are free to regulate, arrests however they desire State restrictions do not alter the Fourth amendments Protections.

Bivens. 403 U.S 394

The defendant Feels as though I did not file my Claim in a Timely manor. Plaintiffs Claim was filed After her arrest It did not occur For 2 years. The statue of limitations for Causes of action that occur while plaintiff is imprisoned beginning at the time of there arrest. District of Columbia v. Tinker

Tolling stops when plaintiff is released. From the moment the defendant Kelleher entered Plaintiffs home she was still free to leave. There for statue of limitations has not yet begun to run on Plaintiffs Claim.

Pearson v. Sec'y Dep't of Corr. 775 F.3d 598

So as a result the defendants summary motion Judgment should not be granted.

Procedural History:

Plaintiffs Complaint Started out with 7 defendants on September 16, 2022

On June 30, 2023 Judge Schwab dismissed all defendants Except For the defendant Kelleher.

Discovery Deadline was April 8, 2024

Now this reply Brief is To Kellehers Motions of undisputed Facts and summary judgement

Question:

1. Should Plaintiffs fourth amendment claim be granted
A: Yes

2. Should Plaintiffs fourth amendment claim be dismissed because the claim is alleged time barred?
A: No

## ARGUMENT

Summary Judgement should be granted for the plaintiff. There is genuine issue for trial. Vought has submited evidence in her Summary Judgement motion, warrants that Did not Exist the Date The Search occured. The Statue of limitations in Pennsylvania Very Under Diffent Circumstances. "1658" Time limitations on The Commencement for "Acts of Congress" (a)(b)(1)(2) a private right of action claim that involves deciet, manipulation concerning law. Sec 3 (a)(47) may be brought no later than ① 2 years after discovery or ② 5 years after Violation. The defendant Did manipulate his entry into the residence knowing the suspect did not reside there, and gain access to seize evidence for another ongoing case. Gordon v. Howell Even Though my minor child did not show and was diagnosed right away with mental

health issues from the incident, does not mean They don't exist. All that is Required that the plaintiff have sufficient Notice to place him on alert of the Need to begin Investigation. All 7 partys were Notified Gordon v. Lowell 95 F. Supp 2d

Plaintiff has Done her best To File all proper paper work To the best of her Knowledge and ability with This I ask the defendants motion be denied.

respectfully Submited
Erica Vought
6-2-24

Via US Mail
Office of Attorney General
15th floor Strawberry Square
Harrisburg, PA 17120

Christine C. Einerson

United States District Court
Middle District of Pennsylvania

Erica rose Vought
  v.   Plaintiff
Chris brighton
    defendant

No. 3:22-CV-1448
Magistrate Judge Schwab

Certificate of Service

I Erica rose Vought hereby Certify that on 6-2-24 I Caused to be Served a true and Correct Copy of the forgoing document titled: Follow up Brief For Summary Judgement

                        x Erica Vought
                          6-2-24

Via us Mail
office of attorney General
15th Floor Strawberry Square
Harrisburg PA 17120

Christine C. Einerson

Smart Communications/PADOC

SCI-MUNCY

Name Erica Vaught

Number PE6795

PO Box 33028

St Petersburg FL 33733

INMATE MAIL - PA
DEPT OF CORRECTIONS

FIRST-CLASS

US POSTAGE — Pitney Bowes

ZIP 17756
02 7W
$000.64
0008033413 JUN 03 2024

RECEIVED
HARRISBURG, PA

JUN 06 2024

PER [signature] DEPUTY CLERK

Magistrate Judge Schwab
U.S District Court
Sylvia H. Rambo U.S Courthouse
1501 North 6th Street Suite 101
Harrisburg, PA 17102